UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DIANA HUNTER,<br><br>    Plaintiff,<br><br> v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant. | CASE NO. 3:20-cv-05023-BAT<br><br>**ORDER EXTENDING DEADLINES** |

  Defendant requests a stay of proceedings for 28 days because the agency is unable to produce the certified transcript of the record necessary to file an answer due to agency in-office closures in response to the COVID-19 crisis. Dkts. 8, 10. Plaintiff does not oppose the stay. *Id.*

  The Court finds that an extension of Defendant's deadline to file the transcript is warranted. Accordingly, it is **ORDERED** that Defendant shall produce and file the certified transcript of the record (or request for additional time if needed) by **May 29, 2020.**

  DATED this 24th day of April, 2020.

               _____
               BRIAN A. TSUCHIDA
               Chief United States Magistrate Judge